

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Clarence Leon McDowell,        * From the 35th District Court
       of Brown County
       Trial Court No. CR23675.

Vs. No. 11-16-00045-CR        * March 8, 2018

The State of Texas,        * Memorandum Opinion by Wright, S.C.J.
       (Panel consists of: Willson, J.,
       Bailey, J., and Wright, S.C.J., sitting
       by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.